CATHERINE BAUGH et al., Appellants, v. FIFTH AVENUE COACH Co. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

In the Matter of the Accounting of JOHN FOSTER DULLES et al., as Executors of WILLIAM N. CROMWELL, Deceased, Respondents. AMERICAN FOUNDATION FOR OVERSEAS BLIND, INC., et al., Appellants; TRUSTEES OF COLUMBIA UNIVERSITY et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. Present — Glennon, J. P., Callahan, Van Voorhis, Shientag and Heffernan, JJ. [199 Misc. 143.]

MARGARET MOTLEY, Appellant, v. FORDHAM UNIVERSITY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.

HELEN AMES, Respondent, v. WATSON ELEVATOR Co., INC., Appellant, and JALPUR REALTY CORPORATION et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents, on the authority of *Beinhocker* v. *Barnes Development Corp.* (296 N. Y. 925). No opinion. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ. [See *post*, p. 697.]

ARTHUR BANDMAN, Doing Business as ARTWIL COMPANY, Respondent, v. LOUIS LINETSKY, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ.

LILLIAN P. W. PACKER, as Executrix of GRACE R. PABST, Deceased, Appellant, v. MAURICE RAPOPORT et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ. [Order directed submission of facts to referee to hear and report.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLEN S. ANGELL, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [55 E. 80th St., Borough of Manhattan.] — Order, so far as appealed from, unanimously modified by fixing the assessed valuations for the year 1944–45 at: Land $28,000, building $15,000, total $43,000; and for the year 1945–46 at: Land $31,500, building $15,000, total $46,500 and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Van Voorhis, Shientag and Heffernan, JJ.